IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL ACTION |
| ) | |
| Plaintiff, ) | NO. 1:11-CV-2753-WSD |
| ) | |
| vs. ) | |
| ) | |
| BILLION INTERNATIONAL ) | |
| TRADING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFAULT JUDGMENT

On this 28th day of September, 2011, it appearing from the record and Memorandum filed herein that the Defendant, Billion International Trading, Inc., is in default.

IT IS ORDERED AND ADJUDGED that the default judgment against Defendant be, and accordingly is entered; and

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff United States of America, recover from Billion International Trading, Inc, the Defendant, the amount of $644,918.40 plus pre-judgment interest of $39,596.06.

IT IS FURTHER ORDERED AND ADJUDGED that the Plaintiff, United States of America recover interest in the amount of $53.01 per day from September 27, 2011 through the date of this judgment.

IT IS FURTHER ORDERED AND ADJUDGED that interest shall accrue at the legal rate compounding annually until the judgment is paid in full. Accordingly, judgment thereof is hereby entered.

DATED September 28, 2011

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE
United States District Court
Northern District of Georgia


/s/Christopher J. Huber
Presented by Christopher J. Huber
Assistant U.S. Attorney
Georgia Bar No. 545627