## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) **CIVIL ACTION** |
| **Plaintiff,** | ) |
| | ) **FILE NO.: 1:11-CV-02753-WSD** |
| **vs.** | ) |
| | ) |
| **BILLION INTERNATIONAL** | ) |
| **TRADING, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## DECLARATION OF EMMA CHEN

I, Emma Chen, declare as follows:

(1) I am over the age of eighteen and not a party to this action. The following statements are made of my own personal knowledge, and if called upon, I could, and would, testify competently thereto.

(2) Evidence is support of this motion is provided in the attached declaration of Emma Chen, Defendant Billion International Trading, Inc. ("Billion")'s Vice President and custodian of records. Ms. Chen is the owner of the company.

(3) Billion is an active California corporation with its principal place of business in the Central District of California. It receives orders from buyers

1

throughout the United States to supply various articles of clothing and headwear products and in turn places orders for their manufacture with factories in China. With the except of the single transaction which is the subject of this action and which was initiated by third parties to this action, Defendant does not and has never manufactured, used, sold, imported, and/or offered for sale products or services in the State of Georgia.   The actual importing was arranged through the services of Defendant's non-vessel owning common carrier.

(4)  Defendant is not registered to do business in the State of Georgia. Defendant has not appointed an agent for service of process in the State of Georgia.  There is no agency relationship between Defendant and Universal, and only an arms-length business transaction.  Defendant has no business operations in the State of Georgia.  Defendant does not have any employees in the State of Georgia and does not maintain any place of business in the State of Georgia. Defendant does not own any real property in the State of Georgia and does not hold any bank accounts in the State of Georgia.

(5)  Prior to this action, Defendant opened negotiations with third parties Tanu (USA) Inc., and Universal Sportswear Inc. of Atlanta Georgia (collectively, Universal).  Universal wholesales and retails blank big and tall t-shirts to customers from its Atlanta, Georgia store.

(6)  In September, 2008, Universal contacted Billion Ms. Chen with an

2

inquiry about purchasing from Defendant a minimum order of 20,000 caps with a stylized "A" logo on the crown, and forwarded a single sample. The contract was negotiated telephonically and transmitted by fax. .

(7) Billion arranged for the manufacture and purchase of caps from the Chinese company Yangzhou Yingmei Caps Factory, Ltd. Billion's broker, SBIS, Inc., a non-vessel owning common carrier, then arranged for shipment to the port of Atlanta, Georgia. The shipping documents identify Billion as the buyer, ultimate consignee and importer of record, although the ultimate buyer of the caps was Universal.

(8) On or about December 22, 2008, United States Customs and Border Protection (CPB) seized the caps as counterfeit – the stylized "A" was in fact the cap logo of the Atlanta Braves and the property of Major League Baseball and the infringement came to light when Universal's attorney attempted to trademark the Atlanta Braves "A".

(9) The value of the transaction to Billion is $33,860.00.

(10) Billion's annual sales revenue is more than $15,000,000.00.

(11) Since the Defendant is located in California, the burden on Defendant of litigating here is immense, in terms of lost time and expense. Particularly, Defendant has no offices or any other ties to Georgia that would enable it to litigate in Georgia without great burden; nor would its representatives have a place to stay

3

while in Georgia, other than commercial lodgings, should Defendant have to litigate here.

I declare under penalty of perjury under the laws of the United States and the States of California and Georgia that the foregoing is true and correct, dated this 30th day of November, 2011, at City of Industry, California.

Emma Chen, Declarant

4