```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

UNITED STATES OF AMERICA,       )
                                )    CIVIL ACTION
                                )
         Plaintiff,             )
                                )     NO. 1:11-CV-2753-WSD
                                )
         vs.                    )
                                )
BILLION INTERNATIONAL TRADING, INC.,)
                                )
         Defendant(s).          )
                                )
                                )
```

   NOTICE OF FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:  Billion International Trading, Inc.
     11221 Rush Street
     Suite D
     South El Monte, California 91733

     East West Bank
     3920 North Peek Road
     El Monte, CA 91732
     Attn: Risk Department

   Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America gives notice that it provided to the garnishee and the defendant a cumulative accounting of all monies and property received under the Writ of Continuing Garnishment.

   Pursuant to the Writ of Continuing Garnishment issued, payments have been withheld from the Judgment Debtor and applied to the judgment debt.

Defendant and garnishee are hereby notified that they have **ten (10) days from the receipt** of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28 U.S.C. § 3205(c)(9)(B). If an objection is filed, it must state the grounds for objection. A written objection must be filed with the United States District Court, 2211 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, 30303, and served upon the United States Attorney's Office, 600 United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, 30303 and garnishee.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By,

s/Lori M. Beranek
LORI M. BERANEK
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 053775
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
Ph.:  404-581-6350
Fax:  404-581-6167
lori.beranek@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the within and foregoing Notice of Final Accounting Upon Termination of Garnishment with the Clerk of Court using the CM/ECF system and that I have served the following non-CM/ECF participant(s) by depositing a copy of the same in the United States mail addressed as follows:

>Billion International Trading, Inc.
>11221 Rush Street
>Suite D
>South El Monte, California 91733

>East West Bank
>3920 North Peek Road
>El Monte, CA 91732
>Attn: Risk Department

This 13th day of November, 2012.

>s/Lori M.Beranek
>LORI M. BERANEK
>Assistant U.S. Attorney
>lori.beranek@usdoj.gov